UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIL Public Charter School, | : |
| Plaintiff | : |
| v. | :     Civil Action No. 06-1821 (RWR) |
| MICHELLE HAWKINS, *et. al.,* | : |
| Defendants | : |

CONSENT MOTION OF THE DISTRICT OF COLUMBIA FOR
ADDITIONAL TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendant District of Columbia moves for an extension of time, up to and including February 2, 2006, within which to respond to plaintiff's complaint. The grounds for this motion essentially are that undersigned counsel has recently been assigned the instant case and needs additional time to investigate and respond to the complaint, as more fully explained in the attached memorandum of points and authorities.

LOCAL RULE 7.1(m) STATEMENT

On December 13, 2006, undersigned counsel spoke with plaintiff's counsel, who agreed to the extension of time sought herein.

                                                Respectfully submitted,

                                                EUGENE A. ADAMS
                                                Interim Attorney General
                                                for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

                                                _____/s/ Edward P. Taptich_____
                                                EDWARD P. TAPTICH [#012914 ]
                                                Chief, Equity Section II

      /s/ Cary D. Pollak_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAIL Public Charter School, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 06-1821 (RWR) |
| MICHELLE HAWKINS, *et. al.,* | : | |
| Defendants | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA
FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT

The plaintiffs bring this action claiming that a Hearing Officer Decision in this matter was improper for many reasons, including that the District of Columbia Public Schools (DCPS) was not joined as a necessary party. Plaintiff claims that since the question of school placement for the student was at issue, DCPS should have been joined.

In the Superior Court of the District of Columbia, the District and its employees are allowed 60 days to answer a complaint. Super.Ct.Civ.R. 12(a)(3). The same time is allowed the United States in both Superior Court and United States District Courts. Id.; Fed.R.Civ.P. 12(a)(3). This timing is more appropriate for both governmental entities, given the time necessary to investigate the allegations of a complaint against a governmental agency.

It appears from the record that a response to the instant complaint may be due on or about December 27, 2006. The instant request is for an extension until February 2, 2007. In addition to the grounds stated above, this is being requested in light of delays that may occur due to the upcoming holiday season. Also, undersigned counsel must answer two other complaints in this United States District Court in the month of January and early February. Under the

circumstances described herein, it is requested that the instant consent motion to extend time, be granted.

        Respectfully submitted,

        EUGENE A. ADAMS
        Interim Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section II

        /s/ Cary D. Pollak
        CARY D. POLLAK [#055400]
        Senior Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6604
        (202) 727-0431 (fax)
        cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAIL Public Charter School, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 06-1821 (RWR) |
| MICHELLE HAWKINS, *et. al.,* | : | |
| Defendants | : | |

## ORDER

Upon consideration of defendant District of Columbia's consent motion for additional time within which to answer the complaint, it is by the Court, this       day of           , 2006,

ORDERED: that defendant District of Columbia Government's motion be, and the same hereby is, granted; and it is further

ORDERED: that the time within which defendant District of Columbia Government may respond to the complaint, is extended to and including February 2, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

3