SAIL Public Charter School
 Plaintiff(s)

Case Number: 1:06CV01821 RWR

vs

 Michelle Hawkins, as next of friend of D.H. and The Government of the District of Columbia
 Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on December 7, 2006 at 3:37 PM, I executed service of process upon **DARLENE FIELDS, REGISTERED AGENT FOR THE DISTRICT OF COLUMBIA, AUTHORIZED TO ACCEPT SERVICE OF ROBERT J. SPAGNOLETTI, ESQ. ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA** at 441 4th Street NW 6th Floor South, Washington, DC 20001 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Fils Attorney/Participant Registration Form.

Darlene Fields is described as a Black Female, approximately 5' 5" tall, 190-200 pounds, Brown eyes, Black hair, and 45 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 45 years of age, over the age of 18 years; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on December 10, 2006.

Date December 10, 2006.


*Mark Simons*
Mark Simons


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on December 10, 2006.

*Rosanna Settles*

My Commission Expires: 10-31-2011

CLERK
MAYER-WHITTINGTON
NANCY H.

2006 DEC 14 AM 3: 11

VICTIM OF DISTRICT
U.S. DISTRICT COURT
RECEIVED

Ref.# 74576

SAIL Public Charter School
Plaintiff(s)

Case Number: <u>1:06CV01821 RWR</u>

vs

<u>Michelle Hawkins, as next of friend of D.H. and The Government of the District of Columbia</u>
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on December 10, 2006 at 6:02 PM, I executed service of process upon **MICHELLE HAWKINS** at 3001 20th Street NE, Washington, DC 20018 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Fils Attorney/Participant Registration Form.

Michelle Hawkins is described as a Black Female, approximately 5' 3" tall, 160-170 pounds, Brown eyes, Black hair, and 53 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 60 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on December 12, 2006.

Date December 12, 2006.

_____
Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on December 12, 2006.

_____

My Commission Expires: *10-31-2011*

Ref.# 74577