UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIL PUBLIC CHARTER SCHOOL ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-01821 (RWR) |
| ) | |
| MICHELLE HAWKINS, et al ) | |
| ) | |
| Defendants ) | |
| _____) | |

CONSENT MOTION OF THE PARENT FOR ADDITIONAL TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT

Pursuant to Fed.R.Civ.P.6(b), defendant Michelle Hawkins moves for an extension of time, up to and including February 2, 2007, within which to respond to Plaintiff's complaint. Plaintiff has consented to this extension of time as to both this defendant and defendant District of Columbia and this Court has granted an extension as to defendant District of Columbia. Additional grounds for this motion are set out in the attached memorandum of points and authorities.

Local Rule 7.1(m) Statement

On December 21, 2006, undersigned counsel's office spoke with Plaintiff's counsel, who agreed to the extension of time sought.

Respectfully submitted,

/s/ Donna Wulkan
Attorney for Parent
1765 N Street NW
Carriage House
Washington, D.C. 20036
(202) 682-3909
(202) 955-1015
D.C. Bar No. 370961

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAIL PUBLIC CHARTER SCHOOL | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 06-01821 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| MICHELLE HAWKINS, et al | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF THE PARENT FOR ADDITIONAL TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT

Pursuant to Fed.R.Civ.P.12(a), a response to a complaint is due within 20 days of service. In this case, Ms. Hawkins was served on December 10, 2006 and therefore a response would normally be due by December 30, 2006. However, because of the weekend and holiday, pursuant to Fed.R.Civ.R.6(a), a response would be due on January 2, 2007. Undersigned counsel will be away for the holiday throughout that entire period and her office will be closed . Undersigned counsel will not return until the second week of January and upon her return has several hearing scheduled.

This Court granted the District of Columbia's Consent Motion for Additional Time Within Which to Respond to the Complaint on December 19, 2006. The District of Columbia's response is now due on February 2, 2007. Therefore, the Plaintiff will not be prejudiced by an extension for this same period for Defendant Ms. Hawkins. As such, the Plaintiff has consented to this request for an extension until February 2, 2007. Based on the considerations described herein, it is requested the instant consent motion to extend time be granted.

Respectfully submitted,

<u>/s/ Donna Wulkan</u>
Attorney for Parent
1765 N Street NW
Carriage House
Washington, D.C. 20036
(202) 682-3909
(202) 955-1015
D.C. Bar No. 370961

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIL PUBLIC CHARTER SCHOOL ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MICHELLE HAWKINS, et al ) <br> ) <br> Defendants ) <br> _____) | Civil Action No. 06-01821 (RWR) |

**<u>ORDER</u>**

Upon consideration of defendant Michelle Hawkins's consent motion for additional time within which to answer the complaint, it is by the Court, this _____ day of _____, 2006,

ORDERED, that defendant Michelle Hawkins's motion is granted; it is further

ORDERED, that the time within which defendant Michelle Hawkins may respond to the complaint is extended to and including February 2, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE