# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

SAIL Public Charter School
Plaintiff(s)

Case Number: 1:06CV01821 RWR

vs

Michelle Hawkins, as next of friend of D.H. and The Government of the District of Columbia
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on December 13, 2006 at 3:16 PM, I executed service of process upon Tabatha Braxton, Authorized Agent, authorized to accept service of **ANTHONY A. WILLIAMS, MAYOR FOR THE DISTRICT OF COLUMBIA** at Executive Office of the Mayor, John A. Wilson Bldg. 1350 Pennsylvania Ave NW, Washington, DC 20004 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Fils Attorney/Participant Registration Form.

Tabatha Braxton is described as a Black Female, approximately 5' 5" tall, 120-130 pounds, Brown eyes, Black hair, and 35 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 45 years of age, Date of Birth 4/4/61; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on January 9, 2007.

Date January 9, 2007.

*Mark Simons*
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on January 9, 2007.

*Rosanna Settles*
My Commission Expires: 10-31-2011

Ref.# 74575

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAIL Public Charter School

**SUMMONS IN A CIVIL CASE**

· V.

Michelle Hawkins, as next of
friend of D.H.
and
The Government of the District of Columbia

CASE NUMBER 1:06CV01821

JUDGE: Richard W. Roberts

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/23/2006

TO: (Name and address of Defendant)

Serve:
The Government of the District of Columbia
Mayor Anthony Williams
Office of the Secretary
1350 Pennsylvania Avenue, N.W.
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul S. Dalton, Esq.
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     OCT 2 3 2006
CLERK                          DATE

(By) DEPUTY CLERK