**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE SCHOOL FOR ARTS IN LEARNING ("SAIL") PUBLIC CHARTER SCHOOL | : : : : |
| Plaintiff | : : |
| v. | : Civil Action No. 06-1821 (TFH) : |
| MICHELLE HAWKINS, et al. | : : |
| Defendants | : |

## ANSWER OF PLAINTIFF SAIL TO DEFENDANT HAWKINS' COUNTERCLAIMS

In answer to the specific paragraphs of Defendant Hawkins' counterclaims, Plaintiff, by counsel, states as follows:

### JURISDICTION

36. Plaintiff SAIL admits the allegations contained in Paragraph 36 of the counterclaim.

37. The allegations of paragraph 37 of the counterclaim are conclusions of law and/or the pleader to which no response is required. If a response is required, then the same are denied, except that plaintiff admits the existence of the cited statutes.

### FACTS

38. Plaintiff SAIL admits the allegations contained in paragraph 38 of the counterclaim.

39. Plaintiff SAIL admits the allegations contained in paragraph 39 of the counterclaim.

40. Plaintiff SAIL admits the allegations contained in paragraph 40 of the counterclaim.

41. Plaintiff SAIL admits the allegations contained in paragraph 41 of the counterclaim because an appeal of the administrative order is currently pending in this honorable court and as such payment would be premature.

42. Plaintiff SAIL admits the allegations contained in paragraph 42 of the counterclaim.

43. Plaintiff SAIL admits the allegations contained in paragraph 43 of the counterclaim because an appeal of the administrative order is currently pending in this honorable court and as such convening such a meeting would be premature.

44. Plaintiff SAIL admits the allegations contained in paragraph 44 of the counterclaim.

45. Plaintiff SAIL admits the allegations contained in paragraph 45 of the counterclaim because an appeal of the administrative order is currently pending in this honorable court and as such convening such a meeting and providing funding would be premature.

46. Plaintiff SAIL admits the allegations contained in paragraph 46 of the counterclaim.

47. Plaintiff SAIL admits the allegations contained in paragraph 47 of the counterclaim because an appeal of the administrative order is currently pending in this honorable court and as such payment would be premature.

48. Plaintiff SAIL admits the allegations contained in paragraph 48 of the

counterclaim.

49. Plaintiff SAIL admits the allegations contained in paragraph 49 of the counterclaim because an appeal of the administrative order is currently pending in this honorable court and as such payment would be premature.

50. Plaintiff SAIL admits the allegations contained in paragraph 50 of the counterclaim.

51. Plaintiff SAIL admits the allegations contained in paragraph 51 of the counterclaim because an appeal of the administrative order is currently pending in this honorable court and as such providing funding would be premature.

52. Plaintiff SAIL denies the allegations contained in paragraph 52 of the counterclaim.  D.H. stopped attending SAIL in the spring of 2006.

53. Plaintiff SAIL admits the allegations contained in paragraph 53 of the counterclaim.

54. Plaintiff SAIL admits the allegations contained in paragraph 54 of the counterclaim.

55. Plaintiff SAIL admits the allegations contained in paragraph 55 of the counterclaim.

56. Plaintiff SAIL admits the allegations contained in paragraph 56 of the counterclaim.

57. Plaintiff SAIL admits the allegations contained in paragraph 57 of the counterclaim because an appeal of the administrative order is currently pending in this honorable court and as such payment would be premature.  Furthermore, SAIL has received no request for reimbursement of tuition subsequent to the

November 16, 2006 request from Ms. Sherwood of the Katherine Thomas School. Upon information and belief it is plaintiff's understanding that DCPS has been paying and will continue to pay all tuition costs related to the Katherine Thomas School.

58. Plaintiff SAIL admits the allegations contained in paragraph 58 of the counterclaim.

59. Plaintiff SAIL admits the allegations contained in paragraph 59 of the counterclaim because an appeal of the administrative order is currently pending in this honorable court and as such providing the ordered relief would be premature.

## COUNT I

60. Plaintiff SAIL incorporates be reference all its prior statements in Paragraphs 36-59 in response to Paragraph 60 of the counterclaim.

61. The allegations contained in Paragraph 61 of the counterclaim are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

## COUNT II

62. Plaintiff SAIL incorporates be reference all its prior statements in Paragraphs 36-59 in response to Paragraph 62 of the counterclaim.

63. The allegations contained in Paragraph 63 of the counterclaim are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

## COUNT III

64. Plaintiff SAIL incorporates be reference all its prior statements in Paragraphs 36-59 in response to Paragraph 64 of the counterclaim.

65. The allegations contained in Paragraph 65 of the counterclaim are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

## COUNT IV

66. Plaintiff SAIL incorporates be reference all its prior statements in Paragraphs 36-59 in response to Paragraph 66 of the counterclaim.

67. The allegations contained in Paragraph 67 of the counterclaim are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

## COUNT V

68. Plaintiff SAIL incorporates be reference all its prior statements in Paragraphs 36-59 in response to Paragraph 68 of the counterclaim.

69. The allegations contained in Paragraph 69 of the counterclaim are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

## COUNT VI

70. Plaintiff SAIL incorporates be reference all its prior statements in Paragraphs 36-59 in response to Paragraph 70 of the counterclaim.

71. The allegations contained in Paragraph 71 of the counterclaim are conclusions of law and/or of the pleader to which no response is required. If a response is

required, then the same allegations are denied.

Plaintiff SAIL denies all allegations not previously admitted or otherwise answered, and admits no allegations unless clearly so stated above.

## DEFENSES AND AFFIRMATIVE DEFENSES

The counterclaim fails to state a claim upon which relief can be granted.

The Defendant's counterclaims are premature at this time.

Date: February 21, 2007                    Respectfully submitted,

                                           _____/s/_____
                                           Paul S. Dalton, Esq.
                                           Counsel for Plaintiff
                                           D.C. Bar No. 439118
                                           Dalton, Dalton, & Houston, P.C.
                                           1008 Pendleton Street
                                           Alexandria, Virginia 22314
                                           (703) 739-4300 (ph)
                                           (703) 739-2323 (f)