UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCHOOL FOR ARTS IN LEARNING ("SAIL") PUBLIC CHARTER SCHOOL, | ) ) ) | **FILED**<br>APR 20 2007<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF COLUMBIA |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 06-1821 (TFH) |
| MICHELLE HAWKINS as next friend of the minor child, D.H., | ) ) ) | |
| D.H., individually, | ) ) ) | |
| and | ) ) | |
| THE DISTRICT OF COLUMBIA, | ) ) | |
| Defendants. | ) | |

### ORDER

On December 29, 2006, this matter was reassigned from Judge Richard W. Roberts to Chief Judge Thomas F. Hogan. Accordingly, it is hereby

**ORDERED** the parties file the administrative record in this case on or before June 6, 2007. It is further

**ORDERED** that the parties shall submit dispositive motions in accordance with the following briefing schedule:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | June 6, 2007 |
| Defendants' Oppositions and Cross Motions | July 11, 2007 |
| Plaintiff's Opposition and Reply | August 15, 2007 |
| Defendants' Replies | September 19, 2007 |

**SO ORDERED.**

April 20ᵀᴴ, 2007

/s/ Thomas F. Hogan
Thomas F. Hogan
Chief Judge