UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SCHOOL FOR ARTS<br>IN LEARNING ("SAIL")<br>PUBLIC CHARTER SCHOOL    :<br>                                              :<br>Plaintiff                :<br>                                              :<br>v.                     :<br>                                              :<br>MICHELLE HAWKINS, et al.    :<br>                                              :<br>Defendants.      :<br>_____ :  | Civil Action No. 06-1821 (TFH) |

**MOTION FOR EXTENSION OF THE BRIEFING SCHEDULE**

COMES NOW, the Plaintiff, by and through counsel, and hereby requests that this honorable Court extend the briefing schedule. The reasons for such extension are as follows:

In the instant case, the parties did not file a Rule 16.3 Report. However, this honorable Court issued an Order on April 20, 2007 requiring the parties to file the administrative record on or before June 6, 2007; the Plaintiff to file its Motion for Summary Judgement by June 6, 2007; the Defendants to file their Oppositions and Cross-Motions by July 11, 2007; Plaintiff's Opposition and Reply by August 15, 2007; and Defendants' Replies by September 19, 2007.

The Scheduling Order did not specify which party would file the administrative record. It has been the experience of the Plaintiff's counsel in recent months that there has been significant delays in receiving the entire administrative record from the District of Columbia Public Schools ("DCPS") Student Hearing Office ("SHO"). While it has also been the experience of Plaintiff's counsel that when the District of Columbia is a party, the District of Columbia files the administrative record with the Court, the Plaintiff also requested the administrative record from the SHO. While the Plaintiff has received copies of the written transcript of the administrative

hearing, the Plaintiff has not received the entire administrative record from the SHO. The Plaintiff is unaware as to whether the other parties have been able to obtain a copy of the administrative record. Since the parties were unable to file the entire administrative record prior to June 6, 2007, the Plaintiff was unable to prepare and timely file its Motion for Summary Judgment. Thus, the Plaintiff requests the following extension of the briefing schedule:

- The administrative record to be filed within 30 days of the Court granting the instant Motion;

- If the parties have still not received the administrative record from the SHO within 30 days, the parties will notify this Court of the status of the request;

- Plaintiff's Motion for Summary Judgment to be filed 30 days after the filing of the administrative record;

- Defendants' Oppositions and Cross-Motions to be filed 30 days after Motions for Summary Judgment are filed;

- Plaintiff's Opposition and Reply to be filed 15 days after Oppositions and Cross-Motions are filed; and

- Defendants' Replies to be filed 15 days after Opposition.

Pursuant to Local Rule 7(m), counsel for the Plaintiff contacted counsel for the Defendant District of Columbia, Mr. Cary Pollack, via telephone on June 7, 2007. The Defendant District of Columbia does not oppose the instant Motion to extend the briefing schedule. Counsel for the Plaintiff attempted to contact Ms. Donna Wulkan, counsel for the Defendants Michelle Hawkins and D.H., on June 7, 2007, but was unable to reach her. Counsel for Plaintiff left a voice message for Ms. Wulkan regarding this Motion. The Plaintiff contends that the Defendants will

not be prejudiced by an extension of time.

For the reasons stated above, the Plaintiff respectfully requests that this honorable Court grant its Motion for Extension of the Briefing Schedule.

Respectfully Submitted,

/s/
Paul S. Dalton [439118]
Dalton, Dalton, & Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)
Counsel for Plaintiff

.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document with its attachments was filed electronically on this 7th day of June, 2007.

/s/
Paul S. Dalton, Esq.
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE SCHOOL FOR ARTS IN LEARNING ("SAIL") PUBLIC CHARTER SCHOOL | : : : : | |
| Plaintiff | : : | |
| v. | : : | Civil Action No. 06-1821 (TFH) |
| MICHELLE HAWKINS, et al. | : : | |
| Defendants. | : : | |

**<u>ORDER</u>**

Upon consideration of the Plaintiff's Motion for an Extension of the Briefing Schedule, it is hereby

ORDERED that the Plaintiff's Motion for an Extension of the Briefing Schedule is GRANTED.

_____                                          _____
Date                                                                                        Thomas F. Hogan
                                                                                                 Chief Judge