**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE SCHOOL FOR ARTS )<br>IN LEARNING ("SAIL") )<br>PUBLIC CHARTER SCHOOL )<br>1705 H Street, NW )<br>Washington, D.C. 20006 )<br>       )<br>     Plaintiff     )<br>       )<br>     v.     )<br>       )<br>MICHELLE HAWKINS, )<br>as next friend of the minor child, D.H. )<br>and D.H., individually )<br>3001 20th Street, NE )<br>Washington, D.C. 20018 )<br>       )<br>AND )<br>       )<br>THE GOVERNMENT OF THE DISTRICT )<br>OF COLUMBIA )<br>441 Fourth Street, NW )<br>Washington D.C. 20001 )<br>       ) | **CIVIL ACTION NO. 06-1821 (TFH)** |

**OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF THE BRIEFING SCHEDULE**

COMES NOW, Defendant Hawkins, by and through counsel, hereby requests that this Honorable Court deny the Plaintiff's motion for an extension of the briefing schedule. The reasons for such denial are as follows.

First, Plaintiff's counsel failed to meet the June 6, 2007 deadline for filing its Motion for Summary Judgment[1]. In place of this motion, Plaintiff filed a motion for an extension of the briefing schedule on June 7, 2007 at 7:40 pm. Filing an untimely extension motion after missing

---

[1] In an effort to comply with Local Rule 7(m), counsel described his attempt to contact Defendant Hawkins' counsel, which entailed a voice mail message left on June 7, 2007 after 5:00 pm stating that Mr. Dalton was ill and that his office's "tickler" system had not worked properly. Counsel then proceeded to file its motion for extension of the briefing schedule at 7:40 pm on June 7, 2007.

a court ordered deadline does not absolve counsel of its duty to comply with briefing schedule deadlines.

Additionally, Plaintiff's counsel claims that it has not received the entire administrative record from the District of Columbia Public Schools ("DCPS") and that this somehow precludes counsel from timely filing its Motion for Summary Judgment. However, Plaintiff's counsel has received, at some point, all files that are contained within the administrative record. The administrative record includes the following: the hearing request; the five-day disclosure; all pre-trial motions; and the hearing officer's decision ("HOD"). Due to counsel's participation in the administrative hearing and the required exchange of documents and service of pleadings, counsel has received all of the administrative record and has conceded such. Additionally, counsel admitted in its motion to being in possession of a copy of the transcript. Therefore, the Plaintiff's motion should not be granted merely because the administrative record was not delivered all together at one time to the Plaintiff.

Furthermore, Plaintiff's counsel contends that because it has not received the administrative record it has been unable to prepare and timely file its Motion for Summary Judgment. Plaintiff's counsel is attempting to delay the agreed upon schedule and excuse its lack of diligence by creating a non-existent technicality. As previously stated, Plaintiff's counsel has all of the necessary record in its possession and is in position to timely file its Motion for Summary Judgment. Granting Plaintiff's counsel a 30 day extension to obtain documents already in its possession along with an additional 30 days to file its Motion for Summary Judgment is both excessive and unnecessary. Therefore, the motion for extension of the briefing schedule should be denied because of the Plaintiff's apparent ability to meet the June 6, 2007 deadline.

In the alternative, Defendant Hawkins requests this Court to grant a shorter extension which would allow the Plaintiff to file its Motion for Summary Judgment within the next 10 days.

Pursuant to Local Rule 7(b), counsel for Defendant Hawkins filed this memorandum within 11 days of the date of service and therefore this Court may not treat this motion as being conceded by Defendant Hawkins.

For the reasons stated above, Defendant Hawkins respectfully requests that this honorable Court deny Plaintiff's Motion for Extension of the Briefing Schedule.

    Respectfully submitted,

    /s/ Donna L. Wulkan
    Donna L. Wulkan
    D.C. Bar No. 370961
    1765 N Street, N.W.
    Carriage House
    Washington, D.C.  20036
    202-682-3909 (ph)
    202-955-1015 (fax)
    Attorney for Defendant Hawkins and D.H.

June 11, 2007

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically on the 11th day of June, 2007.

    /s/ Donna L. Wulkan
    Donna L. Wulkan
    Counsel for Defendant

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE SCHOOL FOR ARTS )<br>IN LEARNING ("SAIL") )<br>PUBLIC CHARTER SCHOOL )<br>1705 H Street, NW )<br>Washington, D.C. 20006 )<br>  )<br>    Plaintiff )<br>  )<br>    v. )<br>  )<br>MICHELLE HAWKINS, )<br>as next friend of the minor child, D.H. )<br>and D.H., individually )<br>3001 20th Street, NE )<br>Washington, D.C. 20018 )<br>  )<br>AND )<br>  )<br>THE GOVERNMENT OF THE DISTRICT )<br>OF COLUMBIA )<br>441 Fourth Street, NW )<br>Washington D.C. 20001 )<br>_____) | **CIVIL ACTION NO. 06-1821 (TFH)** |

**ORDER**

Upon consideration of the Plaintiff's Motion for an Extension of the Briefing Schedule, it is hereby

ORDERED that the Plaintiff's Motion for an Extension of the Briefing Schedule is DENIED.

_____                                    _____
Date                                                                              Thomas F. Hogan
                                                                                       Chief Judge