UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIL Public Charter School, | : |
| Plaintiff | : |
| v. | : Civil Action No. 06-1821 (RWR) |
| MICHELLE HAWKINS, *et. al.,* | : |
| Defendants | : |

PARTIAL CONSENT MOTION OF THE DISTRICT OF COLUMBIA FOR
ADDITIONAL TIME WITHIN WHICH TO FILE ITS DISPOSITIVE MOTION
AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 6(b), defendant District of Columbia moves for an extension of time, up to and including October 15, 2007, within which to file its dispositive motion and opposition to plaintiff's motion for summary judgment herein. The grounds for this motion are that this defendant and defendant Michelle Hawkins essentially are in agreement on the positions to be taken regarding the issues relevant to defendant District of Columbia in this matter, and this defendant needs time to review and respond to the filing of defendant Hawkins, which is being made on the date of this filing. A memorandum of points and authorities and proposed order are attached.

LOCAL RULE 7.1(m) STATEMENT

Undersigned counsel has spoken with counsel for defendant Hawkins, who has agreed to an extension for this defendant's filing. In a subsequent conversation with a member of that counsel's office, the undersigned advised of the date being sought.[1] The undersigned has also spoken with counsel for plaintiff, who consents to the extension sought herein.

Respectfully submitted,

---

[1] The instant motion indicates "partial" consent, because the date sought was not directly cleared with counsel for defendant Hawkins, as of the time of this filing.

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/ Ellen A. Efros_____
ELLEN A. EFROS [#250746]
Chief, Equity Section I

_____/s/ Cary D. Pollak_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAIL Public Charter School, | : | |
|    Plaintiff | : | |
|       v. | : | Civil Action No.  06-1821 (RWR) |
| MICHELLE HAWKINS, *et. al.,* | : | |
|    Defendants | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PARTIAL CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR
ADDITIONAL TIME WITHIN WHICH TO FILE ITS DISPOSITIVE MOTION
AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff brings this action claiming that a Hearing Officer Decision in this matter was improper for many reasons, including that the District of Columbia Public Schools (DCPS) was not joined as a necessary party.  Plaintiff filed its summary judgment motion on August 24, 2007, and by order of June 25, 2007, defendants are to file their oppositions and cross-motions 30 days thereafter, or by September 24.

The undersigned and counsel for defendant Michelle Hawkins have spoken extensively about this matter, and appear to be in agreement about the positions to be taken on the arguments in plaintiffs' motion regarding defendant District of Columbia.  Because of the strong possibility that this defendant would be agreeing to, or perhaps adopting the arguments and reasoning in the summary judgment motion of defendant Hawkins, these defendants had planned for the undersigned to review defendant Hawkins' filing before making its own filing.

Because defendant Hawkins' motion is thorough and extensive and was time consuming, that defendant was unable to share a draft of its motion until the date of its filing (which is also the date of the filing of this motion).  The undersigned is hopeful that he and

others who need to review it will have done so, and that defendant District of Columbia will be able to file by Friday, September 28.  That is not certain, however, and the undersigned will be out of town for some days thereafter.  Accordingly, the extension being sought is up to October 15, 2007, which is a few days after the undersigned returns. Under the circumstances described herein, it is requested that the instant partial consent motion to extend time, be granted.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>\_\_\_\_\_/s/ Ellen A. Efros_____
>ELLEN A. EFROS, Chief
>Equity Section I
>
>\_\_\_\_\_/s/ Cary D. Pollak_____
>CARY D. POLLAK [#055400]
>Senior Assistant Attorney General
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-6604
>(202) 727-0431 (fax)
>cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIL Public Charter School, | : |
| Plaintiff | : |
| v. | :   Civil Action No.  06-1821 (TFH) |
| MICHELLE HAWKINS, *et. al.,* | : |
| Defendants | : |

### ORDER

Upon consideration of defendant District of Columbia's partial consent motion for additional time within which to file its dispositive motion and opposition to plaintiff's motion for summary judgment herein, it is by the Court, this        day of

      , 2007,

ORDERED: that defendant District of Columbia's motion be, and the same hereby is, granted; and it is further

ORDERED: that the time within which defendant District of Columbia Government may file its dispositive motion and opposition to plaintiff's motion for summary judgment herein, is extended to and including October 15, 2007.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE