UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SCHOOL FOR ARTS ) <br> IN LEARNING ("SAIL") ) <br> PUBLIC CHARTER SCHOOL, ) <br>　　　　　　　　　　　　　) <br>　　　　Plaintiff　　　　) <br>　　　　　　　　　　　　　) <br>　　　　v.　　　　　　　　) <br>　　　　　　　　　　　　　) <br> MICHELLE HAWKINS, et al., ) <br>　　　　　　　　　　　　　) <br>　　　　Defendants　　　　) | Civil Action No. 06-1821 (TFH) |

**DEFENDANTS MICHELLE HAWKINS AND D.H.'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Hawkins and D.H., by and through undersigned counsel, and respectfully move this Court to grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. Pursuant to this Court's Order of July 25, 2007, Defendant Hawkins files its Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

The Plaintiff does not raise any new issues in its October 9, 2007 Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment. All issues raised by the Plaintiff have been briefed extensively in Defendant's well-pleaded briefs and memoranda.

In Defendant DCPS's Motion of the District of Columbia for Judgment on the Pleadings or for Summary Judgment, and Opposition to Plaintiff's Motion for Summary Judgment, DCPS adopts and incorporates all of Co-Defendant Hawkins' relevant material contained in Defendant's motion, memorandum, and statement of material facts as to which there is no genuine issue. In consideration of DCPS's response adopting Defendant Hawkins' current position and the October 9, 2007 Reply from Plaintiff which raised no new issues, the Defendant

1

now submits this reply to the Court and requests this Court to enter judgment on the pleadings.

Based on the well-pleaded arguments of the Defendants' briefs, Defendant Hawkins requests that this Court enter the proposed order submitted with the Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Defendants' Motion for Summary Judgment, which requests that the Court deny Plaintiff's Motion for Summary Judgment and grant Summary Judgment in favor of the Defendants.  Defendant Hawkins respectfully requests that this Court find that there are no material facts at issue.  Defendant Hawkins also respectfully requests that this Court enter judgment upholding the Hearing Officer's Determination; order Plaintiff to comply with all provisions of the HOD including the compensatory education orders; find that Plaintiff is required to fund D.H. at the HOD-ordered placement as a matter of law for School year 2006-2007 and school year 2007-2008; and order Plaintiff to reimburse Defendant Hawkins for reasonable attorney's fees and costs as outlined in Defendant's motion.

Dated: October 24, 2007

                                  Respectfully Submitted
                                  /s/ Donna Wulkan
                                  Donna L. Wulkan
                                  D.C. Bar No. 370961
                                  1765 N Street, N.W.
                                  Washington, DC 20036
                                  202-682-3909
                                  202-955-1015 (facsimile)
                                  Attorney for Defendant Hawkins

Copies electronically filed on all parties.