UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE SCHOOL FOR ARTS IN LEARNING ("SAIL") PUBLIC CHARTER SCHOOL,** | ) ) ) ) | Civil Action No. 06-1821(JDS) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **MICHELLE HAWKINS,** et al. | ) ) | **O R D E R** <br> * * * * * |
| Defendant. | ) | |

Upon the Court's own motion,

**IT IS ORDERED** that a pending motion hearing will be conducted by the undersigned at 9:00 a.m., on May 1, 2008, in Courtroom 19.

The Clerk of Court shall forthwith notify the parties of the making of this order.

**DONE** and **DATED** this 10th day of April, 2008.

/s/ Jack D. Shanstrom
Senior United States District Judge
District of Montana